**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
CHARLES MORROW,

                Plaintiff,

    -v-

COMMISSION ON JUDICIAL CONDUCT,
STATE OF NEW YORK et al.,

                Defendants.
------------------------------------X

07 cv 10271 (BSJ)

ORDER



**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    Charles Morrow, Plaintiff <u>pro se</u>, moves this Court for an Order permitting him to register as a Filing User in the Electronic Case Filing System ("ECF") for the purposes of this case, and redesignating this case ECF. Defendants have consented to this motion. The Court finds, by the Plaintiff's representations, that he has adequately familiarized himself with the procedures for Electronic Filing issued by the Court, and therefore GRANTS the motion. The Clerk of Court is directed to permit Plaintiff <u>pro se</u> Charles Morrow to register as a Filing User in accordance with the attached registration form, and to redesignate this as an ECF case.

**SO ORDERED:**

                                                          */s/ Barbara S. Jones*
                                                    **BARBARA S. JONES**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
            January 4, 2008