| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Original filed by ECF |

-------------------------------------------------------------------------X

CHARLES MORROW,

                         Plaintiff,

               v.

COMMISSION ON JUDICIAL CONDUCT, State of New York, and ROBERT H. TEMBECKJIAN, ESQ., ADMINISTRATOR, Commission on Judicial Conduct, in his official capacity, and RAOUL LIONEL FELDER, ESQ., CHAIR, Commission on Judicial Conduct, in his official capacity, and HON. THOMAS A. KLONICK, VICE CHAIR, Commission on Judicial Conduct, in his official capacity, and STEPHEN R. COFFEY, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, and COLLEEN C. DIPIRRO, MEMBER, Commission on Judicial Conduct, in his official capacity, and RICHARD D. EMERY, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, PAUL B. HARDING, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, and MARVIN E. JACOB, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, and HON. JILL KONVISER, MEMBER, Commission on Judicial Conduct, in her official capacity, and HON. KAREN K. PETERS, MEMBER, Commission on Judicial Conduct, in her official capacity, and HON. TERRY JANE RUDERMAN MEMBER, Commission on Judicial Conduct, in her official capacity,

07 Civ 10271 (BSJ)
Pro se

**Notice of Motion to Dismiss**

                         Defendants

-------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all the prior pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Barbara S. Jones, on or before May 1, 2008, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York,

New York 10007, for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(b) (6).

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are due on or before April 15, 2008, and reply papers, if any, are due on or before April 29, 2008.

Dated: New York, New York
March 18, 2008

        Respectfully submitted,

        ANDREW M. CUOMO
        Attorney General of the
         State of New York
        Attorney for Defendants
        By:

          /s/

        AMY L. ABRAMOWITZ (AA 5169)
        Assistant Attorney General
        120 Broadway - 24th Floor
        New York, New York  10271
        (212) 416-8599

To:    Charles Morrow
       Plaintiff, pro se