| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Original filed by ECF |

---------------------------------------------------------------------------X

CHARLES MORROW,

                               Plaintiff,

                               07 Civ 10271 (BSJ)
                               Pro se

                v.

COMMISSION ON JUDICIAL CONDUCT, State of New York, and ROBERT H. TEMBECKJIAN, ESQ., ADMINISTRATOR, Commission on Judicial Conduct, in his official capacity, and RAOUL LIONEL FELDER, ESQ., CHAIR, Commission on Judicial Conduct, in his official capacity, and HON. THOMAS A. KLONICK, VICE CHAIR, Commission on Judicial Conduct, in his official capacity, and STEPHEN R. COFFEY, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, and COLLEEN C. DIPIRRO, MEMBER, Commission on Judicial Conduct, in his official capacity, and RICHARD D. EMERY, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, PAUL B. HARDING, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, and MARVIN E. JACOB, ESQ., MEMBER, Commission on Judicial Conduct, in his official capacity, and HON. JILL KONVISER, MEMBER, Commission on Judicial Conduct, in her official capacity, and HON. KAREN K. PETERS, MEMBER, Commission on Judicial Conduct, in her official capacity, and HON. TERRY JANE RUDERMAN MEMBER, Commission on Judicial Conduct, in her official capacity,

                               **Notice of Motion to Dismiss**

                             Defendants

---------------------------------------------------------------------------X

         **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all the prior pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Barbara S. Jones, on or before May 1, 2008, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York,

New York 10007, for an order dismissing the complaint pursuant to Fed. R. Civ. P. 12(b) (6).

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are due on or before April 15, 2008, and reply papers, if any, are due on or before April 29, 2008.

Dated: New York, New York
March 18, 2008

Respectfully submitted,

ANDREW M. CUOMO
Attorney General of the
  State of New York
Attorney for Defendants
By:

/s/
_____
AMY L. ABRAMOWITZ (AA 5169)
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York  10271
(212) 416-8599


To:   Charles Morrow
      Plaintiff, pro se